Argued and submitted June 5, motion to strike denied; affirmed July 2, 1997

## NORTHWEST ENVIRONMENTAL ADVOCATES
and William Michael Jones,
*Petitioners,*

*v.*

## CITY OF PORTLAND,
*Respondent.*

(96-133; CA A97035)

941 P2d 1059

Lyn Mattei argued the cause and filed the brief for petitioners.

Frank Hudson argued the cause and filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

## PER CURIAM

Petitioners seek review of LUBA's dismissal, for lack of jurisdiction, of their appeal from what they describe as a land use decision by the City of Portland. Petitioners' arguments show no error, and we reject them without discussion.

Petitioners have also moved to strike the City's brief. The motion is without merit, and we deny it.

Motion to strike denied; affirmed.